# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135153

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PENNINGTON TROY MCDANIELS,
      Defendant-Appellant.

SC: 135153
COA: 279190
Wayne CC: 02-008005-FY

_____/

      On order of the Court, the application for leave to appeal the August 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

s1217